AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

CD-ROM DISK BATES LABELED
2 TBC-00256
(MORE SPECIFICALLY DESCRIBED IN
ATTACHMENT A)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

FILED
MAR 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 - 159 M - 01

(Further described below)

I __Kevin R. Towers__ being duly sworn depose and say:

I am a(n) __U.S. Postal Inspector for the United States Postal Inspection Service__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

CD-ROM DISK BATES LABELED
2 TBC-00256
(MORE SPECIFICALLY DESCRIBED IN
ATTACHMENT A)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachment B of the affidavit submitted in support of the application for this warrant which attachments A, B, and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

fruits, evidence, and instrumentalities,

concerning a violation of Title __18__ United States Code, Section(s) __§ 1343; 1341, 1512 and 15 U.S.C. §§ 78j(b) and 78ff__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

Jonathan R. Barr
Fraud and Public Corruption Section
(202) 514-9620

Signature of Affiant
Kevin R. Towers, Postal Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence

MAR 3 1 2006
Date
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer