## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Kevin R. Towers, after being duly sworn, do depose and state:

I.    **INTRODUCTION**

1.    I am a Postal Inspector of the United States Postal Inspection Service (USPIS) assigned to the Washington Division, Merrifield, Virginia domicile. I have been employed by the USPIS since July 2005. I have received training in general law enforcement and conducting criminal financial investigations, and I have participated in criminal investigations to include violations related to Mail Fraud, Wire Fraud and Identity Theft. I am currently assigned to the Postal Inspection Service's Mail Fraud Team which has investigative responsibility over crimes affecting the integrity of the U.S. Mail and related crimes in, among other jurisdictions, the Washington D.C. Metropolitan area.

2.    The facts and information contained in this affidavit are based on my personal knowledge and observations, my review of records and documents obtained during this investigation, information received from other individuals, including other law enforcement officers, and information gained through my training and experience. This affidavit does not set forth all information known to the Postal Inspection Service about this case and is being submitted solely for the purpose of providing sufficient information to establish probable cause for the search of unopened or unread emails and attachments thereto contained in the direct.pst file contained on a CD-ROM disk bates labeled 2-TBC-00256 (as more fully described in Attachment A), which the Telephone Broadcast Company produced to the Securities and Exchange Commission ("SEC") in response to an SEC investigative subpoena and simultaneously voluntarily produced to the U.S. Attorney's Office.

3.      This affidavit contains information necessary to support an application for a search warrant to search unopened or unread emails and attachments thereto contained in the direct.pst file contained on a CD-ROM disk bates labeled 2-TBC-00256 (as more fully described in Attachment A).

4.      Based upon the investigation described below, I submit that the facts set forth in this affidavit establish that there is probable cause to believe that evidence, contraband, fruits and instrumentalities of violations of 18 U.S.C. §§ 1343 (wire fraud); 1341 (mail fraud) and 15 U.S.C. §§ 78j(b) (securities fraud) and 78ff (penalties for criminal securities fraud) are presently located within the CD-ROM disk bates labeled 2-TBC-00256, respectively (as more fully described in Attachment A).

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

5.      On January 19, 2006, Postal Inspector Marydith Newman sought and obtained a search warrant to search 2 CD-ROM Disks bates labeled 2-TBC-00256 and KC-TBC-00001 and to seize "all electronic files, documents, records, opened e-mails, attachments to opened e-mails, .wav files, .dcl files, and spreadsheets contained on the aforementioned two CD-ROM Disks. The affidavit and attachments submitted to obtain that warrant on January 19, 2006 are attached as Attachment C to this affidavit, and the information contained in Attachment C is incorporated herein.

6.      After the search warrant was obtained on January 19, 2006 to search the CD-ROM Disk bates labeled 2-TBC-00256, Bruce Blackerby, a Computer Forensic Technician with the Postal Inspection Service, provided Postal Inspector Marydith Newman with an excel spreadsheet that listed the date, to address and from address of 1254 unopened emails contained

within the file direct.pst on CD-ROM disk 2-TBC-00256 (a print out of this spreadsheet is attached as Attachment D hereto). All of the emails, both opened and unopened, which were contained on CD-ROM disk 2-TBC-00256, were initially produced by Telephone Broadcast Company to the SEC as documents and records responsive to the SEC's subpoena which was issued in the SEC's parallel civil investigation. All of the unopened emails listed on the spreadsheet in Attachment D appear to be either from, to, or copied to Telephone Broadcast Company ("TBC"), TBC's affiliate Telephony Leasing Corporation, or an employee of Telephone Broadcast Company or Telephony Leasing Corporation. Many of the emails are to or from Joe Settecase, who was an employee of Direct Activation. As the January 19, 2006 Affidavit of Marydith Newman recounts, when Michael O'Grady refused on August 17, 2004, to distribute additional voicemail messages for Roderick Bolling (Roderic Boling), Boling asked O'Grady to delete all messages from previous campaigns Direct Activation had done. Information obtained during the investigation reveals that Roderick Boling was one of the people who controlled Direct Activation during the relevant time period.

7.    Based on the foregoing information and upon my knowledge, training and experience in the investigation of wire fraud, mail fraud, and other postal violations, your affiant believes that fruits and evidence of the commission of a criminal offense, as described below in Attachment B, will be found in the CD-ROM disk bates labeled 2-TBC-00256 which is described below in Attachment A, and therefore, a search warrant should be issued.

3

WHEREFORE, your affiant believes based on the information provided that probable

cause exists for search, and seizure warrants to be issued for the above identified and described

location and assets, for evidence of violations of 18 U.S.C. §§ 1343 (wire fraud); 1341 (mail

fraud) and 15 U.S.C. §§ 78j(b) (securities fraud) and 78ff (penalties for criminal securities fraud).

The statements above are true and accurate to the best of my knowledge and belief.

Kevin R. Towers,
United States Postal Inspector

MAR 3 1 2006

Sworn to before me this _____ day of March 2006.

United States Magistrate Judge
District of Columbia

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

4