# ATTACHMENT A

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

## CD-ROM Disk Bates Labeled 2-TBC-00256

CD-ROM disk bates labeled 2-TBC-00256 is a Memorex Pocket CD-R that on the label side of the disk has in blue lettering the words Memorex at the top, and which appears to have an imprinted number of L113G4105121722A09 on the label side of the disk. The CD-ROM disk is bates labeled 2-TBC-00256, and is currently located within the District of Columbia at 555 4th Street, NW, Washington, D.C., Room 5241.