## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED

All electronic files, documents, records, e-mails (opened and unopened), attachments to e-mails, .wav files, .dcl files, and spreadsheets contained on the CD-ROM disk bates labeled 2-TBC-00256 (as more fully described in Attachment A).