UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Search of CD-ROM            :
Disks Bates Labeled 2-TBC-00256    :
                                   :     No.  06-159 M-01
                                   :
                                   :     UNDER SEAL
                                   :

GOVERNMENT'S MOTION TO SEAL APPLICATION
AND AFFIDAVIT FOR SEARCH WARRANT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the application and affidavit in support of the search warrant in the above-entitled case, as well as the Government's Motion to Seal and this Court's Order Sealing the aforesaid documents.   In support of its motion, the Government states as follows:

1.   This warrant is being executed as part of an on-going criminal investigation.

2.   Premature public notice of this search warrant and supporting affidavit could compromise an on-going criminal investigation by:  (a) causing prospective witnesses to be deterred from testifying or less likely to provide truthful testimony to the grand jury; (b) causing potential witnesses and targets to destroy documentary evidence which may be subpoenaed by the grand jury; and (c) causing potential targets to flee the jurisdictional boundaries of the United States.  These factors are particularly important in this investigation, because various witnesses are believed to have relevant information and may control relevant documents which may not be available from other third party sources.

4.   Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the warrant and the supporting affidavit in this case, this motion and all other pleadings and filings made in connection with this warrant until: (a) the fact and particulars of investigation must be disclosed, pursuant to the government's legal obligations, to counsel for individuals who may be arrested in the future or (b) the government represents that the items covered by this motion can be made public without substantial risk of jeopardizing the ongoing criminal investigation.[1]

WHEREFORE, the government respectfully requests that the search warrant application and affidavit be placed under seal until further order of the Court.

Respectfully submitted,

Date: _____

KENNETH L. WAINSTEIN
United States Attorney

By:   _____
Jonathan R. Barr
Assistant U.S. Attorney
D.C. Bar No. 437334
555 4th Street, N.W., Room 5919
Washington, D.C. 20530
(202) 514-9620

---

[1] See Washington Post v. Robinson, 935 F.2d 282, 289, f.n.10 (D.C. Cir. 1991).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: Search of CD-ROM : | |
| Disk Bates Labeled 2-TBC-00256 : | |
| : | No. 06-159 M-01 |
| : | |
| : | UNDER SEAL |
| : | |

## ORDER

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this _____ Day of April 2006,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED,** and

**IT IS FURTHER ORDERED** that the Government's Motion to Seal, and the application and affidavit in support of the above captioned Search Warrant be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE