UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Search of CD-ROM           :
Disk Bates Labeled 2-TBC-00256    :
                                  :    No.  06-159 M-01
                                  :
                                  :    UNDER SEAL
                                  :

**FILED**
APR 0 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the motion to seal the application and affidavit in support of the above-captioned Search Warrant, it is this 5th Day of April 2006,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the Government's Motion to Seal, and the application and affidavit in support of the above captioned Search Warrant be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

3

