UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: SEARCH OF CD-ROM DISK<br>BATES LABELED 2 TBC-00256 | :<br>:<br>:<br>:<br>:<br>: | Number:  06-0159M-01<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL APPLICATION
## AND AFFIDAVIT FOR SEARCH WARRANT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the application and affidavit in support of the search warrant in the above-entitled case, as well as the Government's Motion to Seal, and this Court's Order Sealing the aforesaid documents.

On March 31, 2006, the United States obtained a search warrant in this matter, and the Court granted the United States motion to seal the application and affidavit for the warrant.  On July 27, 2006, a Grand Jury sitting in the District of Columbia indicted defendants Roderic L. Boling, Anna A. Boling and Jeffrey S. Mills for one count of conspiracy to commit securities fraud and wire fraud, one count of securities fraud, and seven counts of wire fraud.  The government seeks to unseal the application for search warrant, the affidavit filed in support of the application for search warrant, and all accompanying papers so that it can comply with its discovery obligations.

Accordingly, the United States respectfully requests that its motion to unseal application and affidavit for search warrant be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    _____
    Jonathan R. Barr
    ASSISTANT UNITED STATES ATTORNEY
    Bar No. 437334
    555 4th Street, N.W., Room 5241
    Washington, DC 20530
    (202) 514-9620

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In re: SEARCH OF CD-ROM DISK<br>BATES LABELED 2 TBC-00256 | :<br>:     Number:  06-0159M-01<br>: |

**ORDER**

Upon consideration of the motion to unseal the application and affidavit in support of the above-captioned Search Warrant, all accompanying papers, the Government's prior motion to seal, and the Court's sealing order, on this _____ Day of November 2006,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED,** and

**IT IS FURTHER ORDERED** that the application for search warrant, affidavit submitted in support of the application for search warrant, all accompanying papers, the Government's Motion to Seal, and Court's sealing order be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE